UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSSELL ANDERSON,

       Plaintiff,                                            Case No. 1:08-CV-1070

v.                                                            Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on October 21, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 21, 2009, is approved and adopted as the opinion of the Court. Plaintiff's action is **dismissed without prejudice for failure to timely effect service** pursuant to Fed. R. Civ. P. 4(m).

Dated: November 20, 2009                                     /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE